**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ROSE GARCIA,

       Plaintiff,

v.                                                                  CV No. 17-990 WJ/CG

SAFECO INSURANCE COMPANY, et al.,

       Defendants.

### ORDER DENYING MOTION TO EXTEND EXPIRED TRIAL AND MOTION DEADLINES WITHOUT PREJUDICE

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Extend Trial and Motion Deadlines*, (Doc. 34), filed August 30, 2018. In the Motion, Plaintiff asks the Court to set new trial and motion deadlines but does not specify how long the parties would like the deadlines extended. The Court will not grant a motion asking for open-ended deadlines. The Court will extend trial and motion deadlines as necessary only after the parties file a motion requesting a specific extension of time.

      **IT IS THEREFORE ORDERED** that Plaintiff's *Unopposed Motion to Extend Expired Trial and Motion Deadlines*, (Doc. 34), is **DENIED WITHOUT PREJUDICE**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE