**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ROSE GARCIA,

      Plaintiff,

v.                                                   CV No. 17-990 WJ/CG

SAFECO INSURANCE COMPANY, et al.,

      Defendants.

## ORDER SETTING DEADLINES FOR RESPONSE AND REPLY TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**THIS MATTER** is before the Court on review of the record. Defendants filed a *Motion for Summary Judgment*, (Doc. 30), on July 9, 2018. Plaintiff's attorney entered his appearance in this case on August 14, 2018. Accordingly, the Court will set deadlines for the Response and Reply to Defendants' *Motion for Summary Judgment*, (Doc. 30).

**IT IS THEREFORE ORDERED** that Plaintiff's Response to Defendants' *Motion for Summary Judgment*, (Doc. 30), is due **September 18, 2018** and Defendants' Reply to the Motion is due **October 2, 2018**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE