# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ROSE GARCIA,

    Plaintiff,

v.                                  CV No. 17-990 WJ/CG

SAFECO INSURANCE COMPANY, et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Withdraw Pursuant to D.N.M.LR-Civ. 83.8(a)*, (Doc. 40), filed November 17, 2018. The Court, having read the Motion, noting it is unopposed, and being otherwise fully apprised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Blake J. Dugger, Esq. is permitted to withdraw as counsel of record and Plaintiff Rose Garcia shall proceed *pro se*, with the ability to seek substitute counsel if desired, and all pleadings, motions, and other papers shall be served on Plaintiff at 1513 E. Rose Lane, Hobbs, New Mexico 88240.

**IT IS SO ORDERED.**

                                              THE HONORABLE CARMEN E. GARZA
                                              CHIEF UNITED STATES MAGISTRATE JUDGE