**IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW MEXICO**

ROSE GARCIA,

      Plaintiff,

v.                                                                      CV No. 17-990 WJ/CG

SAFECO INSURANCE COMPANY, et al.,

      Defendants.

### **ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday, December 18, 2018, at 2:00 p.m.**

Parties shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE