## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ROSE GARCIA,

    Plaintiff,

v.                                                                                                         CV No. 17-990 WJ/CG

SAFECO INSURANCE COMPANY, et al.,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon the parties December 18, 2018 telephonic status conference, (Doc. 43). **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **January 17, 2019 at 2:30 p.m.**

Parties shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE