## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ROSE GARCIA,

    Plaintiff,

v.                                                                   CV No. 17-990 WJ/CG

SAFECO INSURANCE COMPANY, et al.,

    Defendants.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon the parties' notice of settlement on January 17, 2019. **IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **February 21, 2019.**

    **IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE